NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHANNON DERON WILLIAMS,
DOC #378222,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

Case No. 2D18-3355

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

      Affirmed.

KELLY, VILLANTI, and BADALAMENTI, JJ., Concur.